UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC IRIZARRY,<br><br>              Plaintiff,<br><br>v.<br><br>THE MICHAELS ORGANIZATION, et al.,<br><br>              Defendants. | Case No.  1:13-cv-01600 LJO JLT<br><br>**ORDER REFERRING MATTER TO VDRP** |

On October 11, 2013 and October 16, 2013, Plaintiff and Defendants, respectively, consented to referral to the Court's Voluntary Dispute Resolution Program. (Docs. 5, 9)  Therefore, good cause appearing, the matter is **REFERRED** to the **VDRP**.

IT IS SO ORDERED.

  Dated:   **November 13, 2013**              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE