CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO  SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA  90802
Telephone:  (562) 624-1177
Facsimile:  (562) 624-117

Attorneys for ISAAC IRIZARRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ACLIFORNIA

| | |
|---|---|
| ISAAC IRIZARRY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE MICHAELS ORGANIZATION; TEHACHAPI HOUSING ASSOCIATES, L.P., INTERSTATE REALTY MANAGEMENT COMPANY; and DOES 1 through 25.<br><br>Defendants | Case No.:  Case No.: 13-CV-01600 – LJO-JLT<br><br>**ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT AND FOR REMAND.** |

Whereas the parties in this action, through their respective counsel of record, hereby stipulated to the following, it is hereby ordered:

1.     That Plaintiff  has agreed to dismiss his First Cause of Action from the original Complaint which is predicated on federal law.  Attached hereto as Exhibit A is the proposed First Amended Complaint that will be filed in State court when the case is remanded.

1

2. That this case (13-CV-01600 –LJO-JLT) will be remanded back to the Superior Court of the State of California County of Kern, case number S-1500-CV-279976-LHB.

3. That all future dates with this Court be vacated.

IT IS SO ORDERED.

Dated: __**December 3, 2013**__              ____/s/ Lawrence J. O'Neill____
                                        UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Leave to File Amended Complaint and Remand